UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00726-SSS-KKx | Date | October 25, 2023 |
|---|---|---|---|
| Title | *Francine Irene McGwire v. 3D Nails & Spa, LLC* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSELS' FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 17]

On July 14, 2023, the Court issued an Order granting Defendant's unopposed Application for Stay and Early Mediation ("Order). [Dkt. 17]. Pursuant to the Court's Order, this matter was referred to the ADR Program and the ADR proceeding was to be completed no later than October 12, 2023. Furthermore, the Order directed the parties to file certain documents (*i.e.* Case Statement, documentation by Defendant showing any correction(s) or absence of the violation(s), and a Joint Status Report) which were due within a certain period of time. Although, the Court notes that two Notices of Assignment of Panel Mediator and a Notice of Mediation Date, setting mediation for November 30, 2023, were filed. [Dkt. 19, 20, 21]. None of the required filings by the parties have been made, nor has a request to extend the ADR proceeding deadline been presented for the Court's consideration.

Accordingly, the Court **ORDERS** counsel for Plaintiff Richard J. Morin and counsel for Defendant Timothy L O'Reilly to show cause why they should not be

sanctioned in the amount of $500 for their failure to comply with the Court's Order.  [Dkt. 17].

      Counsel are required to respond in writing on or before **November 17, 2023**, by 12:00 noon.  Counsels' failure to respond or file a satisfactory response may result in the imposition of sanctions against counsel.  The Court further sets a hearing regarding this Order to Show Cause on **December 1, 2023, at 1:00 PM** via Zoom.[1]

      **IT IS SO ORDERED.**

---

[1] The Court refers the Parties to Judge Sykes' website for details regarding hearings via zoom: https://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.