Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francine Irene McGwire,<br><br>        Plaintiff,<br>v.<br><br>3D Nails & Spa, LLC,<br><br>        Defendant. | Case No. 5:23-cv-00726-SSS-kk<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

    Plaintiff Francine Irene McGwire and Defendant 3D Nails & Spa, LLC hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Respectfully submitted,

Dated: January 18, 2024          Law Office of Rick Morin, PC

                                                          _____
                                                          By: Richard Morin
                                                          Attorney for Plaintiff

Dated: January 18, 2024  Law Offices of Timothy L. O'Reilly

/s/ Timothy L. O'Reilly
By: Timothy L. O'Reilly
Attorney for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: January 18, 2024  Law Office of Rick Morin, PC

Richard Morin
Attorney for Plaintiff